UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CINDY T. VOLCAIN**                                          **CIVIL ACTION**

**VERSUS**                                                    **NO. 15-1317-MLCF-SS**

**CAROLYN COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the cross-motion of the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration ("Commissioner"), for summary judgment (Rec. doc. 8) is GRANTED.

New Orleans, Louisiana, this 23rd day of November, 2015.

_____
**MARTIN L.C. FELDMAN**
**U.S. District Judge**